| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

NICKOLAS WOLFFORD, §
§
      Plaintiff, §
§
versus §   CIVIL ACTION NO. 9:23-CV-73
§
UNITED STATES DISTRICT COURT FOR §
THE EASTERN DISTRICT OF TEXAS, §
LUFKIN DIVISION, *et al.*, §
§
      Defendants. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Nickolas Wolfford, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that plaintiff's motion for voluntary dismissal be granted and the case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#18) is **ADOPTED**. The motion for voluntary dismissal (#17) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 10th day of August, 2023.

                                                *Marcia A. Crone*
                                          MARCIA A. CRONE
                                     UNITED STATES DISTRICT JUDGE